**Keith Allen DEATON Petitioner-Appellant**

v.

**Wendy KELLEY, Director, Arkansas Department of Correction Respondent-Appellee**

**No. 16-1925**

United States Court of Appeals, Eighth Circuit.

Submitted: May 5, 2017

Filed: May 5, 2017

Keith Allen Deaton, Pro Se

Dana Allison Reece, Reece Law Firm, Little Rock, AR, for Petitioner-Appellant

Kelly Hook Fields, Pamela Rumpz, Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Respondent-Appellee

Before GRUENDER, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

Following a remand in Deaton v. Hobbs, 561 Fed.Appx. 584 (8th Cir. 2014) (per curiam), the district court[1] conducted an

See Ingram v. Terminal R.R. Ass'n of St. Louis Pension Plan for Nonschedule Emps., 812 F.3d 628, 634 (8th Cir. 2016).

**1.** The Honorable Brian S. Miller, Chief Judge for the United States District Court for the Eastern District of Arkansas.

evidentiary hearing and afterward concluded that Keith Deaton was unable to meet the demanding actual-innocence standard to toll the expiration of the statute of limitations for his 28 U.S.C. § 2254 petition. Accordingly, the district court denied Deaton's habeas petition as untimely, and he appeals. Because we agree with the district court that Deaton's evidence was not sufficient to establish that "no juror, acting reasonably, would have voted to find him guilty beyond a reasonable doubt," *see* *McQuiggin v. Perkins*, ── U.S. ──, 133 S.Ct. 1924, 1928, 185 L.Ed.2d 1019 (2013), we affirm.